Extending of Riverside Drive West, from West 155th Street to Riverside Drive, for the Widening of Riverside Drive, etc., Together with the Extension of Fort Washington Park, from West 158th Street to the Southerly Line of Fort Washington Park, etc.— Decree, so far as appealed from, affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES I. GOLDMAN, as Treasurer, etc., of INTERNATIONAL POCKETBOOK WORKERS UNION, etc., Respondent, v. MAX SHENFELD, Appellant, Impleaded, etc.— Order modified by denying the motion for discovery and inspection in all respects, and by limiting the period of time covered by the examination so that it shall commence with July 1, 1928, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERNST BEHRE and Others, Plaintiffs, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant. The Superintendent of Insurance, as Liquidator of Second Russian Insurance Company, Appellant, Respondent; ALBERT MASSEY, Claimant, Respondent, Appellant.— Order modified by reducing the allowance therein made as compensation to the said claimant to the sum of $3,000, with interest thereon from July 12, 1928; and as so modified affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

THORMOD JULLUM, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant. The Superintendent of Insurance, as Liquidator of Second Russian Insurance Company, Appellant, Respondent; ALBERT MASSEY, Claimant, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

JOHN F. MURPHY, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant. The Superintendent of Insurance, as Liquidator of Second Russian Insurance Company, Appellant, Respondent; ALBERT MASSEY, Claimant, Respondent, Appellant.— Order modified by reducing the allowance therein made as compensation to the said claimant to the sum of $580, with interest thereon from July 12, 1928; and as so modified affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

FRED S. JAMES & COMPANY, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant. The Superintendent of Insurance, as Liquidator of Second Russian Insurance Company, Appellant, Respondent; ALBERT MASSEY, Claimant, Respondent, Appellant.— Order modified by reducing allowance therein made as compensation to the said claimant to the sum of $1,000, with interest thereon from July 12, 1928; and as so modified affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

HAMBURG INSURANCE COMPANY, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant. The Superintendent of Insurance, as Liquidator of Second Russian Insurance Company, Appellant, Respondent; ALBERT MASSEY, Claimant, Respondent, Appellant.—Order affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., v. MARCUS CONTRACTING Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.